FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 17 1999

DAVID J. MALAND, CLERK
BY
DEPUTY

FILED-CLERK
U.S. DISTRICT COURT
99 DEC 17 PM 3:51
TX EASTERN-BEAUMONT
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | NO. 1:99-CR-138(1) |
| | * | |
| GORDON SIMMONDS | * | (Hon. Richard Schell) |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully shows:

The Defendant, GORDON SIMMONDS (dob: 11/14/50, is charged by Indictment in the Eastern District of Texas with violating Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(3). The Defendant is presently incarcerated in the Jefferson County Jail, Beaumont, Texas.

This Honorable Court has ordered the Defendant to be in the United States District Court for the Eastern District of Texas, Beaumont Division, Beaumont, Texas, on January 3, 2000, at 9:00 for jury selection.

WHEREFORE, Petitioner prays this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal of the Eastern District of Texas and the Sheriff of Jefferson County, Texas, to produce the body of said GORDON

SIMMONDS before the Honorable Court at Beaumont, Texas on the 3rd day of January, 2000, for the stated purpose and further commanding said officers to return the Defendant to the custody of the United States Marshal and/or the Sheriff of Jefferson County, Texas, at the conclusion of all said proceedings, or as duly ordered by this Court.

      Respectfully submitted,

      MIKE BRADFORD
      UNITED STATES ATTORNEY

      *[signature]*

      DAVID H. HENDERSON
      Assistant U.S. Attorney

0036